**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KATTIA CECILIA ESPINOZA-VICTORIO,<br><br>                    Petitioner,<br><br>          v.<br><br>MARKWAYEN MULLIN, et al.,<br><br>                    Respondents. | Case No. 5:26-cv-03347-DTB<br><br>**J U D G M E N T** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued (a) requiring Respondents to immediately release Petitioner Kattia Cecilia Espinoza-Victorio (A# 243-092-289) from custody, subject to the same conditions (if any) that she was subject to at the time she was arrested and re-detained.  Respondents are ordered to return all property confiscated from Petitioner during her arrest and processing into detention.  Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without notice and a pre-detention hearing before a neutral arbiter at which the government bears the

1

burden of proving that Petitioner is a flight risk or danger to the community. Respondents are ordered to file a status report within two (2) business days to confirm that Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: ___June 30, 2026___         _____
                                   DAVID T. BRISTOW
                                   UNITED STATES MAGISTRATE JUDGE